# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| THOMAS STONE, individually and on behalf of all others similarly situated, v. CORUS BANK, N.A. | FILED: MARCH 26, 2008<br>08CV1746 NF<br>JUDGE BUCKLO<br>MAGISTRATE JUDGE DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| NAME (Type or print) |
|---|
| Lance Raphael |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ /s/ Lance Raphael |

| FIRM |
|---|
| The Consumer Advocacy Center, P.C. |

| STREET ADDRESS |
|---|
| 180 W. Washington, Ste. 700 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6216730 | 312-782-5808 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐