# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

THOMAS STONE, individually and on behalf of all others similarly situated,
v.
CORUS BANK, N.A.

Case Number:
FILED: MARCH 26, 2008
08CV1746 NF
JUDGE BUCKLO
MAGISTRATE JUDGE DENLOW

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| | |
|---|---|
| NAME (Type or print) | |
| Allison Krumhorn | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ /s/ Allison Krumhorn | |
| FIRM | |
| The Consumer Advocacy Center, P.C. | |
| STREET ADDRESS | |
| 180 W. Washington, Ste. 700 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6277823 | 312-782-5808 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐