IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS STONE,<br><br>    Plaintiff,<br><br>v.<br><br>CORUS BANK, N.A.,<br><br>    Defendant. | Case No. 1:08-cv-01746<br><br>Judge Bucklo<br><br>Magistrate Denlow |

## DEFENDANT CORUS BANK'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant Corus Bank, N.A. ("Corus Bank"), by and through counsel, moves for an order pursuant to FED. R. CIV. P. 6(b) for an extension of time to answer or otherwise plead in response to plaintiff's Complaint. In support of this motion, Corus Bank states as follows:

1. Corus Bank was served with plaintiff's Complaint on March 27, 2008.

2. Counsel for Corus Bank is filing an appearance in this matter contemporaneously with this motion.

5. On April 11, 2008, James R. Daly, counsel for the moving defendant, spoke by telephone with Lance A. Raphael, counsel for plaintiff, and discussed the time frame for filing a responsive pleading.

6. Mr. Raphael advised defense counsel that plaintiff does not object to a Court order granting Corus Bank additional time up to and including May 16, 2008, to file its responsive pleading.

7. This motion is not brought for purposes of delay.

WHEREFORE, Defendant Corus Bank respectfully requests that this Court enter an order allowing Corus Bank up to and including May 16, 2008, to answer or otherwise plead in response to the Complaint.

Dated:  April 14, 2008                                          Respectfully submitted,


                                                                */s/ James R. Daly*
                                                                James R. Daly
                                                                JONES DAY
                                                                77 West Wacker Drive, Suite 3500
                                                                Chicago, Illinois  60601-1692
                                                                Telephone:  (312) 782-3939
                                                                Facsimile:  (312) 782-8585

                                                                Attorney for Defendant Corus Bank

CHI-1643310v1

## CERTIFICATE OF SERVICE

The foregoing document was served on the following counsel of record on April 14, 2008 via the method listed below:

**E-Mail and Hand Delivery**

Lance A. Raphael
Stacy M. Bardo
Allison Krumhorn
The Consumer Advocacy Center, P.C.
180 W. Washington St., Ste. 700
Chicago, IL 60602
stacy@caclawyers.com

/s/ James R. Daly

CHI-1643310v1