IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS STONE,<br><br>    Plaintiff,<br><br>v.<br><br>CORUS BANK, N.A.,<br><br>    Defendant. | Case No. 1:08-cv-01746<br><br>Judge Bucklo<br><br>Magistrate Denlow |

## NOTICE OF MOTION

TO:   Lance A. Raphael
        Stacy M. Bardo
        Allison Krumhorn
        The Consumer Advocacy Center, P.C.
        180 W. Washington St., Ste. 700
        Chicago, IL 60602

**PLEASE TAKE NOTICE** that on Thursday, April 17, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Bucklo in Room 1441 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn, Chicago, Illinois, 60604, and then and there present the attached **Unopposed Motion for Extension of Time to Answer or Otherwise Plead**, a copy of which is hereby served upon you.

Dated: April 14, 2008                                    Respectfully submitted,

                                                               */s/ James R. Daly*
                                                                James R. Daly
                                                                JONES DAY
                                                                77 West Wacker Drive, Suite 3500
                                                                Chicago, Illinois 60601-1692
                                                                Telephone: (312) 782-3939
                                                                Facsimile: (312) 782-8585

                                                                Attorney for Defendant Corus Bank

## CERTIFICATE OF SERVICE

The foregoing document was served on the following counsel of record on April 14, 2008 via the method listed below:

### E-Mail and Hand Delivery

Lance A. Raphael
Stacy M. Bardo
Allison Krumhorn
The Consumer Advocacy Center, P.C.
180 W. Washington St., Ste. 700
Chicago, IL 60602
stacy@caclawyers.com

/s/ James R. Daly

CHI-1643310v1