**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division**

Thomas Stone
                    Plaintiff,

v.                                              Case No.: 1:08−cv−01746
                                                Honorable Elaine E. Bucklo

Corus Bank, N.A.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 16, 2008:

    MINUTE entry before Judge Honorable Elaine E. Bucklo:Motion for extension of time to answer [10] is denied as moot.Defendant's motion for extension of time until 5/16/08 to answer or otherwise plead [11] is granted. Scheduling Conference set for 5/22/2008 at 09:30 AM.At least three days prior to the conference, the parties shall meet and electronically file a report in the form found on Judge Bucklo's web page under Report of Parties' Planning Meeting. Status hearing previously set is now vacated.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.