## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| THOMAS STONE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CORUS BANK, N.A.,<br><br>    Defendant. | Case No.  1:08-cv-01746<br><br>Judge Bucklo<br><br>Mag. Judge Denlow |

## NOTICE OF MOTION

TO: Lance A. Raphael
   Stacy M. Bardo
   Allison Krumhorn
   The Consumer Advocacy Center, P.C.
   180 W. Washington St., Ste. 700
   Chicago, IL 60602

**PLEASE TAKE NOTICE** that on May 22, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Bucklo in Room 1441 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn, Chicago, Illinois, 60604, and then and there present the attached **Motion to Reassign Cases As Related**, a copy of which is hereby served upon you.

Dated:  May 19, 2008

           Respectfully submitted,

           */s/ James R. Daly*
           James R. Daly
           Matthew E. Szwajkowski
           JONES DAY
           77 West Wacker Drive, Suite 3500
           Chicago, Illinois  60601-1692
           Telephone:  (312) 782-3939
           Facsimile:  (312) 782-8585

           Attorneys for Defendant Corus Bank, N.A.

## CERTIFICATE OF SERVICE

I, Matthew E. Szwajkowski, an attorney, certify that on May 19, 2008, I served Defendant Corus Bank, N.A.'s **Notice of Motion to Reassign Cases as Related** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record at their e-mail addresses on file with the Court:

Lance A. Raphael
Stacy M. Bardo
Allison Krumhorn
The Consumer Advocacy Center, P.C.
180 W. Washington St., Ste. 700
Chicago, IL 60602
stacy@caclawyers.com

*/s/ Matthew E. Szwajkowski*