UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Thomas Stone
                    Plaintiff,

v.                                     Case No.: 1:08–cv–01746
                                          Honorable Elaine E. Bucklo

Corus Bank, N.A.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 22, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Scheduling conference held on 5/22/2008. The order entered on 5/16/08 is accepted. Discovery is ordered closed on 9/22/08. Dispositive motions shall be filed by 1/29/09.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.