UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Thomas Stone
                Plaintiff,

v.                                   Case No.: 1:08–cv–01746
                                       Honorable Elaine E. Bucklo

Corus Bank, N.A.
                Defendant.

**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Morton Denlow for the purpose of holding a settlement conference.(slb, )Mailed notice.

Dated: May 22, 2008

                                                                        /s/ Elaine E. Bucklo
                                                                 United States District Judge