IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS STONE, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 C 1746 |
| v. | ) ) ) | Judge Bucklo |
| CORUS BANK, N.A., | ) ) | Magistrate Judge Denlow |
| Defendant. | ) ) | |

### NOTICE OF FILING

To:    See Certificate of Service

PLEASE TAKE NOTICE that on June 5, 2008, the undersigned counsel filed *Plaintiff's Response to Defendant's Motion to Reassign Cases as Related*, a copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

By: /s/ Lance A. Raphael
One of Plaintiff's Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
Phone: (312) 782-5808
Fax:  (312) 377-9930

## *CERTIFICATE OF SERVICE*

  I, Lance Raphael, hereby certify under penalties of perjury according to 28 U.S.C. § 1746 that on June 5, 2008, I electronically filed the attached ***Plaintiff's Response to Defendant's Motion to Reassign Cases as Related***, with the Clerk of the Court using the CM/ECF system, which provides electronic notice to the following counsel of record:

James R. Daly
Matthew E. Szwajkowski
Jones Day
77 West Wacker, Suite 3500
Chicago, IL 60601-1692

                 /s/ Lance A. Raphael