IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS STONE, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>CORUS BANK, N.A.,<br><br>      Defendant. | Case No. 1:08-cv-01746<br><br>Judge Bucklo<br><br>Mag. Judge Denlow |

## NOTICE OF MOTION

TO: Lance A. Raphael
Stacy M. Bardo
Allison Krumhorn
The Consumer Advocacy Center, P.C.
180 W. Washington St., Ste. 700
Chicago, IL 60602

**PLEASE TAKE NOTICE** that on July 15, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Bucklo in Room 1441 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn, Chicago, Illinois, 60604, and then and there present the attached **Motion to Reassign Cases As Related**, a copy of which is hereby served upon you.

Dated: July 3, 2008

Respectfully submitted,

/s/ *James R. Daly*
James R. Daly
Matthew E. Szwajkowski
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

Attorneys for Defendant Corus Bank, N.A.

CHI-1657472v1

## CERTIFICATE OF SERVICE

    I, Matthew E. Szwajkowski, an attorney, certify that on July 3, 2008, I served Defendant Corus Bank, N.A.'s **Notice of Motion to Reassign Cases as Related** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record at their e-mail addresses on file with the Court:

Lance A. Raphael
Stacy M. Bardo
Allison Krumhorn
The Consumer Advocacy Center, P.C.
180 W. Washington St., Ste. 700
Chicago, IL 60602
lance@caclawyers.com


                                                          /s/ *Matthew E. Szwajkowski*