UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Thomas Stone
                Plaintiff,

v.                                        Case No.: 1:08–cv–01746
                                            Honorable Elaine E. Bucklo

Corus Bank, N.A.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 14, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Set deadlines/hearing as to motion to certify class[36] : Responses due by 8/11/2008. Replies due by 8/25/2008. Target date for ruling by mail set for 10/3/08. Ruling on motions for reassignment based on relatedness will be made mail. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.