**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Thomas Stone
                        Plaintiff,

v.                                          Case No.: 1:08−cv−01746
                                            Honorable Elaine E. Bucklo

Corus Bank, N.A.
                        Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 18, 2008:

        MINUTE entry before the Honorable Elaine E. Bucklo:Defendant's motion to
reassign case number 08 C 2797 [20] pending before judge Norgle is granted.Mailed
notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.