**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THOMAS STONE, | ) | |
| | ) | Case No. 08 c 1746 |
| Plaintiff, | ) | |
| | ) | Judge Bucklo |
| v. | ) | |
| | ) | Magistrate Judge Denlow |
| CORUS BANK, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S UNOPPOSED MOTION TO SET RULE 16 CONFERENCE

Plaintiff Thomas Stone, by his attorneys, The Consumer Advocacy Center, P.C., moves this Court to hold a Rule 16 conference. In support of this motion, Plaintiff states as follows:

1. On March 26, 2008, Plaintiff filed this case against Defendant for an alleged violation of the Electronic Funds Transfer Act, 15 U.S.C. § 1693, *et seq*. ("EFTA").

2. Subsequently, Plaintiff's counsel filed three (3) other cases against Corus on behalf of other plaintiffs, also alleging violations of the EFTA. See *Gloria Rodriguez v. Corus Bank*, Case No. 08 C 2254; *Kistner v. Corus Bank*, Case No. 08 C 2797 and *Victor Rodriguez v. Corus Bank*, Case No. 08 C 3511.

3. On August 18, 2008, this Court reassigned *Kistner* and *Victor Rodriguez* to this Court as related to the instant case. *Gloria Rodriguez* has not yet been reassigned.

4. Because two (2) cases have already been reassigned, which will likely affect the discovery and scheduling for each, Plaintiff requests that this Court set this matter for a Rule 16 conference.

5. Defendant's counsel does not oppose this motion.

1

WHEREFORE, for the foregoing reasons, Plaintiff moves this Court to conduct a Rule 16 conference.

                                        THOMAS STONE, Plaintiff,


                                By:     /s/ Lance A. Raphael
                                        One of Plaintiff's Attorneys

Dated: August 21, 2008

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
Tel: (312) 782-5808
Fax: (312) 377-9930