**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS,**
**EASTERN DIVISION**

| | | |
|---|---|---|
| THOMAS STONE, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 C 1746 |
| v. | ) ) | Judge Bucklo |
| CORUS BANK, N.A., | ) ) | Magistrate Judge Denlow |
| Defendant. | ) | |

## NOTICE OF MOTION

To:    See Certificate of Service

PLEASE TAKE NOTICE that on August 26, 2008 at 09:30 a.m., Plaintiff's counsel will appear before the Honorable Elaine Bucklo, presiding in Courtroom 1441 of the Everett McKinley Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604 and then and there present ***Plaintiff's Unopposed Motion to Set Rule 16 Conference***, a copy of which is attached hereto and hereby served upon you.

                              Respectfully submitted,

                              By: /s/ Lance A. Raphael
                              One of Plaintiff's Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
Phone: (312) 782-5808
Fax:  (312) 377-9930

## *CERTIFICATE OF SERVICE*

   I, Sherry Joseph, paralegal, hereby certify under penalties of perjury according to 28 U.S.C. § 1746 that on August 21, 2008, I electronically filed the attached *Plaintiff's Unopposed Motion to Set Rule 16 Conference,* with the Clerk of the Court using the CM/ECF system, which provides electronic notice to the following counsel of record:

James R. Daly
Matthew E. Szwajkowski
Jones Day
77 West Wacker, Suite 3500
Chicago, IL 60601-1692

                  /s/ Sherry Joseph