IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS STONE, | ) | |
| | ) | Case No. 08 C 1746 |
| Plaintiff, | ) | |
| | ) | Judge Bucklo |
| v. | ) | |
| | ) | Magistrate Judge Denlow |
| CORUS BANK, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

TO:   See Certificate of Service

PLEASE TAKE NOTICE that on Thursday, August 28, 2008 at 9:30 a.m., Plaintiff's counsel will appear before the Honorable Elaine Bucklo, presiding in Courtroom 1441 of the Everett McKinley Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604 and then and there present *Plaintiff's Motion to Stay Class Certification Briefing Schedule Pending Discovery*, a copy of which is attached and hereby served upon you.

Respectfully submitted,

By: /s/ Lance A. Raphael
One of Plaintiff's Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
Tel: (312) 782-5808
Fax: (312) 377-9930

## CERTIFICATE OF SERVICE

I, Sherry Joseph, a paralegal, hereby certify under penalties of perjury as provided under 28 U.S.C. § 1746 that I used the CM/ECF system to electronically file the attached *Plaintiff's Motion to Stay Class Certification Briefing Schedule Pending Discovery* on August 25, 2008, which provides notice to the following counsel of record:

James R. Daly
Matthew E. Szwajkowski
Jones Day
77 W. Wacker Dr., Ste. 3500
Chicago, IL 60601
(312) 782-8585

/s/ Sherry Joseph