# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Thomas Stone

                         Plaintiff,

v.                                              Case No.: 1:08−cv−01746
                                                Honorable Elaine E. Bucklo

Corus Bank, N.A.

                         Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 28, 2008:

    MINUTE entry before the Honorable Elaine E. Bucklo:Plaintiff's motion to stay [46] class certification briefing schedule pending discovery heard on 8/28/08 and the motion is granted. Discovery is ordered closed on 11/26/08. Status hearing set for 11/21/2008 at 09:30 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.